THE CREAMERY PACKAGE MANUFACTURING COMPANY, Appellant, v. GEORGE H. HORTON and Another, Respondents.— Motion granted.

WILLARD M. DOUGLAS, Respondent, v. WILLIAM H. LAWLER and Others, Defendants, Impleaded with ANNA K. LAWLER and THOMAS C. LAWLER, Appellants.— Interlocutory judgment unanimously affirmed, with costs.

MARY FLETCHER, Respondent, v. THE CITY OF HUDSON, Appellant.— Judgment and order unanimously affirmed, with costs.

JAMES FRAZEE MILLING COMPANY, v. THE STATE OF NEW YORK.— Motion denied.

WALTER C. GREENE, etc., Plaintiff, v. GRACE FITZGERALD and Others, Defendants.— Separate bills of costs allowed to the parties appearing here to-day for instructions.

FLORENCE F. HATHORN and ANNIE L. ALLERDICE, as Administratrices etc., and Others, Respondents, v. NATURAL CARBONIC GAS COMPANY, Appellant.— Judgment unanimously affirmed, with costs.

RAY HOLLINGSWORTH, Respondent, v. JOHN H. HUGHES and Others, Appellants.— Judgment unanimously affirmed, with costs.

CHARLES HEALEY, Respondent, v. EDWARD F. DILLON, Appellant.— Judgment and order unanimously affirmed, with costs.

ANNA M. HAMMILL v. THE ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA.— Motion denied.

HOMER JOHNSON, as Treasurer of the ARKANIUM CLUB, Respondent, v. JOSEPH CASE, Appellant.— Judgment unanimously affirmed, with costs.

MICHAEL J. KENNEDY, Appellant, v. NATIONAL JEWELERS' BOARD OF TRADE, Respondent, Impleaded with Others.— Judgment affirmed, with costs. All concurred, except Woodward and Cochrane, JJ., dissenting.

BENJAMIN MELITA, Appellant, v. TOWN OF JOHNSTOWN, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the defendant's negligence and the plaintiff's contributory negligence were upon the evidence questions of fact for the jury. All concurred.

JANE McKINLEY MABEN and Another, Respondents, v. INTERNATIONAL TEXTBOOK COMPANY, Appellant.    (No. 1.) — Order unanimously affirmed, with ten dollars costs and disbursements.

JANE McKINLEY MABEN and Another, Respondents, v. INTERNATIONAL TEXTBOOK COMPANY, Appellant.    (No. 2.) — Order unanimously affirmed, without costs.

FANNY O. MARQUIS, Individually and as Executrix of GEORGE A. MARQUIS, Deceased, Appellant, v. SARAH L. STURDEVANT, Respondent.— Judgment unanimously affirmed, with costs. Sewell, J., not sitting.

JOHN J. MONTGOMERY and Others, Respondents, v. JAY H. SMEAD and Others, Appellants.    (No. 1.) — Judgment unanimously affirmed, with costs.

JOHN J. MONTGOMERY and Others, Appellants, v. JAY H. SMEAD and Others, Respondents.    (No. 2.) — Judgment unanimously affirmed, with costs.

CHARLES L. MILLER, Respondent, v. BARKER, ROSE & CLINTON COMPANY, Appellant.— Judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting.